**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

COLUMBIA CASUALTY COMPANY,                    Civil No. 06-3322 (PAM/JSM)

      Plaintiff,

v.                                                                         **ORDER FOR DISMISSAL**
                                                                       **WITH PREJUDICE**

PULMONETIC SYSTEMS, INC., a/k/a
VIASYS HEALTHCARE, INC. and
VIASYS HEALTHCARE, INC.

      Defendants.

---

      **Based upon the parties' Stipulation of Dismissal with Prejudice, it is hereby ORDERED** as follows:

      Any and all claims of the Plaintiff and the Defendants against one another in this matter are dismissed with prejudice, on the merits, and in their entirety, but without any award of costs or disbursements to any of the parties.

      **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: December  11 , 2006                    **BY THE COURT**:

                                                                      s/Paul A. Magnuson
                                                                      United States District Court